Perry Hawkins, appellee, v. Edward Baker, appellant. Gen. No. 8,832.

Opinion filed November 15, 1934.
C. B. Chapman, for appellant. Butters & Butters, for appellee.
Mr. Justice Huffman delivered the opinion of the court.

David M. Dubin, appellant, v. John Fellows, appellee. Gen. No. 8,845.

Opinion filed November 15, 1934.
Axelrod & Kaiser, for appellant; Solomon Axelrod, of counsel. Clyde Smith, for appellee.
Mr. Justice Huffman delivered the opinion of the court.

Frank Engelhaupt, appellant, v. John R. Cox, Sr., and Laura Cox, appellees. Gen. No. 8,861.

Opinion filed November 15, 1934.
Barnes & Magoon, for appellant. C. B. Chapman, for appellees.
Mr. Justice Huffman delivered the opinion of the court.

The First Sterling National Bank of Sterling, by Fred Salm, receiver, appellant, v. Gerhard Behrens et al., appellees. Gen. No. 8,864.

Opinion filed November 15, 1934. Rehearing denied February 5, 1935.
John M. Stager, for appellant. Chas. H. Woodburn and H. J. Folkers, for appellees.
Mr. Justice Huffman delivered the opinion of the court.